IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>CRICK, ROGER EUGENE & JENNIFER RUTH<br><br>Debtors. | Case No. 09-14851-RLB<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| Claimant | Amount |
|---|---|
| Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000<br>Oklahoma City, OK  73102-7471 | $1.20 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: September 23, 2010           s/Joel C. Hall
                                   Joel C. Hall, #13643
                                   3030 Oklahoma Tower
                                   210 West Park Avenue
                                   Oklahoma City, OK  73102
                                   (405) 232-3800

Date: 09/23/10                                                                                                          Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-14851 - CRICK, ROGER EUGENE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Oklahoma Tax Commission** <br> **Legal Division** <br> **120 N. Robinson, Suite 2000** <br> **Oklahoma City OK 73102-7471** | **000002** | **19.25** | **1.20** |
| ---------- Remittance Total --------------- | | 19.25 | 1.20 |

_____
JOEL HALL, TRUSTEE

COURT1                                                                                      Printed: 09/23/10 10:53 AM    Ver: 15.20